IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIMOTHY ALLEN PARKER,** | ) |
| Plaintiff, | ) |
| v. | ) 2:13cv1222 |
| | ) **Electronic Filing** |
| **CAROLYN W. COLVIN,**[1] | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 18th day of September, 2014, for the reasons set forth in [16] the Magistrate Judge's Report and Recommendation of August 29, 2014, IT IS ORDERED that [12] Plaintiff's Motion for Summary Judgment be, and the same hereby is denied, and [14] defendant's Motion for Summary Judgment be, and the same here is, granted. The decision of the Commissioner is affirmed and final judgment will be entered against plaintiff and in favor of defendant. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the court.

s/David Stewart Cercone
David Stewart Cercone
United States District Judge

cc: Elizabeth A. Smith, Esquire
Christy Wiegand, Esquire

(*Via CM/ECF Electronic Mail*)

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013, succeeding former Commissioner Michael J. Astrue. Social Security History-Social Security Commissioners, http://www.ssa.gov/history/commissioners.html (as visited on August 13, 2013). Consequently, Acting Commissioner Colvin is now the official-capacity defendant in this action. *Hafer v. Melo*, 502 U.S. 21, 25, 112 S.Ct. 358, 116 L.Ed.2d 301 (1991); FED. R. CIV. P. 25(d).